UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIE K. MCCAMMON ) | |
| ) | CASE NO: **1:08-mc-00298** |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| UNITED STATES, et al. ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF SERVICE**

I, Elias Aoun, hereby declare that on the 12th day of May 2008, I mailed a copy of the Petition to Quash IRS Summons, return receipt requested, to the **U.S. Attorney General.** Attached hereto is the certified green card acknowledging service.

[Attached PS Form 3811 Domestic Return Receipt showing article addressed to: U.S. Aty General, 950 Penn. Ave. NW, Washington DC 20530; Article number 7007 2680 0002 5084 6096; received May 16 2008]

_/s/ Elias Aoun_

Elias Aoun, Esq. Bar No. 479315
1730 N. Lynn Street #A-22
Arlington, VA 22209
Cell Phone: 202-257-7796