UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JULIE K. MCCAMMON )
) CASE NO: **1:08-mc-00298**
)
Plaintiff, )
)
v. )
)
UNITED STATES, et al. )
)
Defendants. )
)

## AFFIDAVIT OF SERVICE

I, Elias Aoun, hereby declare that on the 12th day of May 2008, I mailed a copy of the Petition to Quash IRS Summons, return receipt requested, to **WesBanco**. Attached hereto is the certified green card acknowledging service.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
WesBanco
1130 Johnson Ave.
Bridgeport, WV 26330

7007 2680 0002 5084 6126

4b. Service Type
☐ Registered    ☐ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
5/14/08

5. Received By: (Print Name)
Carole Cutlip

6. Signature: (Addressee or Agent)
X Carole Cutlip

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994    102595-97-B-0179    Domestic Return Receipt

*Elias Aoun* (signature)

Elias Aoun, Esq. Bar No. 479315
1730 N. Lynn Street #A-22
Arlington, VA 22209
Cell Phone: 202-257-7796