# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JULIE K. MCCAMMON )
)
) CASE NO: **1:08-mc-00298**
)
Plaintiff, )
)
v. )
)
UNITED STATES, et al. )
)
Defendants. )
)

## AFFIDAVIT OF SERVICE

I, Elias Aoun, hereby declare that on the 12th day of May 2008, I mailed a copy of

the Petition to Quash IRS Summons, return receipt requested, to **QVC**. Attached

hereto is the certified green card acknowledging service.

**Elias Aoun, Esq. Bar No. 479315**
**1730 N. Lynn Street #A-22**
**Arlington, VA 22209**
**Cell Phone: 202-257-7796**