UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JULIE K. MCCAMMON )
) CASE NO: **1:08-mc-00298**
)
Plaintiff, )
v. )
)
UNITED STATES, et al. )
)
Defendants. )
)

### AFFIDAVIT OF SERVICE

I, Elias Aoun, hereby declare that on the 12th day of May 2008, I mailed a copy of the Petition to Quash IRS Summons, return receipt requested, to **shopbop.com**. Attached hereto is the certified green card acknowledging service.

[Certified mail green card attached: Article addressed to shopbop.com, 101 E. Badger Rd, Madison, WI 53713; Article number 7007 2680 0002 5084 6119]

Elias Aoun, Esq. Bar No. 479315
1730 N. Lynn Street #A-22
Arlington, VA 22209
Cell Phone: 202-257-7796