IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JULIE K. MCCAMMON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:08-mc-00298 |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**UNITED STATES' MOTION TO DISMISS**

The United States of America moves to dismiss petitioner's petition to quash pursuant to Fed. R. Civ. P. 12(b)(1).

As grounds for this motion, the United States asserts that the Court lacks subject matter jurisdiction over the summonses because the summoned parties are not located or found in this judicial district. A memorandum of law in support of this motion and a proposed order are filed and served herewith.

///

///

///

///

///

///

///

1                                                             3331614.1

///

The specific relief sought by this motion is an order dismissing the petition to quash summonses.

Date: June 4, 2008.

                                        Respectfully submitted,

                                          /s/ Benjamin J. Weir
                                        BENJAMIN J. WEIR (D.C. Bar No. 494045)
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 227
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        Telephone: (202) 307-0855
                                        Fax: (202) 514-6866
                                        benjamin.j.weir@usdoj.gov
                                        *Counsel for United States*

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

MEMORANDUM OF LAW

This is a miscellaneous civil action in which petitioner seeks to quash five internal revenue summonses served upon third-party recordkeepers. All of the summonses were issued to third parties located outside of this judicial district. This Court, therefore, does not have jurisdiction and the petition to quash must be dismissed.

STATEMENT

Julie McCammon seeks to quash five third party summonses issued to: 1) Chase Bank NA; 2) Huntington Banks; 3) WesBanco; 4) shopbop.com; and 5) QVC. (Compl. ¶ 1.) None of the third-party summons recipients resides within this judicial district. (*See* Compl. at 1, Unnumbered Exs.) More specifically, the summonses were issued to record keepers in locations set forth in the following table:

| summoned party | location of 3d-pty recordkeeper |
|---|---|
| shopbop.com | Madison, WI |
| QVC | West Chester, PA |
| WesBanco | Bridgeport, WV |
| Huntington Banks | Clarksburg, WV |
| Chase Bank NA | New York, NY |

(*See* Compl. Unnumbered Exs.) None of the summoned third-party record keepers is located within this judicial district.

ARGUMENT

SUMMONSES ISSUED TO THIRD-PARTY RECORDKEEPERS
LOCATED OUTSIDE THIS JUDICIAL DISTRICT
CANNOT BE QUASHED IN THIS JUDICIAL DISTRICT

The summonses issued to Chase Bank NA, Huntington Banks, WesBanco, shopbop.com, and QVC cannot be quashed in this judicial district. Each of these summoned parties was summoned in a location outside of the District of Columbia. (*See* Table, above.) Petitions to quash such summonses must be filed in the judicial districts in which the summoned parties are located. 26 U.S.C. § 7609(h)(1); *Deal v. United States*, 759 F.2d 442 (5th Cir. 1985); accord, Fortney v. United States, 59 F.3d 117, 119 (th cir. 1995); *Kondik v. United States*, 922 F.Supp. 54, 55 (N.D. Ohio 1995), *aff'd*, 81 F.3d 655 (6th Cir. 1996); *Beck v. United States*, 2002 WL 31274016, *1 (E.D. Ky. 2002), *aff'd*, 60 Fed.Appx. 551 (6th Cir. 2003); *Gerber v. United States*, 2006 WL 3077460, *1 (D.D.C. 2006) ("Because this court only has jurisdiction over summonses issued to third parties within this district, the court does not have jurisdiction over the petition to quash ... ."); *Cates v. United States*, 985 F.Supp. 736, 737 (N.D. Ohio 1997); *Cosme v. Internal Revenue Service*, 708 F.Supp. 45, 47 (E.D.N.Y. 1989). For this reason, petitions to quash the summonses issued to Chase Bank NA, Huntington Banks, WesBanco, shopbop.com, and QVC can be maintained only in the judicial districts in which the summoned parties are located. Conversely, the summonses to these third-party recordkeepers cannot be quashed in this judicial district.

CONCLUSION

This Court does not have subject matter jurisdiction regarding summonses that have been issued to third-party record keepers located outside this judicial district.  Petitioner's petition to quash should, therefore, be dismissed in full.

Date:  June 4, 2008.

                                              Respectfully submitted,

                                              /s/ Benjamin J. Weir
                                            BENJAMIN J. WEIR (D.C. Bar No. 494045)
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            Post Office Box 227
                                            Ben Franklin Station
                                            Washington, D.C.  20044
                                            Telephone: (202) 307-0855
                                            Fax: (202) 514-6866
                                            benjamin.j.weir@usdoj.gov
                                            *Counsel for United States*

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

3331614.1

**CERTIFICATE OF SERVICE**

I, Benjamin J. Weir, certify that on June 4, 2008, true and correct copies of the foregoing were sent via U.S. Mail to the following:

> ELIAS AOUN, ESQUIRE
> 1730 N. Lynn Street, No. A-22
> Arlington, VA  22209
>
> Chase Bank NA
> One Chase Manhattan Plaza
> 26th Floor
> New York, NY 10005-1489
>
> Huntington Banks
> 230 W. Pike St.
> Clarksburg, WV 26301
>
> WesBanco
> 1130 Johnson Ave.
> Bridgeport, WV 26330
>
> Shopbop.com
> 101 E. Badger Rd.
> Madison, WI 53713
>
>         and
>
> QVC
> 1200 Wilson Dr.
> West Chester, PA 19380.

>                 /s/ Benjamin J. Weir
>                 BENJAMIN J. WEIR

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIE K. MCCAMMON, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   No. 1:08-mc-00298 |
| | ) |
| UNITED STATES, et al., | ) |
| | ) |
|     Respondents. | ) |

**ORDER**

Upon considered of the United States' motion to dismiss, the memorandum of law filed in support therewith, and for good cause shown, it is:

ORDERED that the motion to dismiss is GRANTED;

ORDERED that the petition to quash is DENIED; and

ORDERED that Clerk of the Court be directed to close the case.

Dated: _____, 2008                    _____
                                                       UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Benjamin J. Weir, certify that on June 4, 2008, true and correct copies of the foregoing were sent via U.S. Mail to the following:

>ELIAS AOUN, ESQUIRE
>1730 N. Lynn Street, No. A-22
>Arlington, VA  22209
>
>Chase Bank NA
>One Chase Manhattan Plaza
>26th Floor
>New York, NY 10005-1489
>
>Huntington Banks
>230 W. Pike St.
>Clarksburg, WV 26301
>
>WesBanco
>1130 Johnson Ave.
>Bridgeport, WV 26330
>
>Shopbop.com
>101 E. Badger Rd.
>Madison, WI 53713
>
>       and
>
>QVC
>1200 Wilson Dr.
>West Chester, PA 19380.

>        /s/ Benjamin J. Weir
>        BENJAMIN J. WEIR

3330028.1