# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIE K. MCCAMMON, | ) |
| | ) |
|       Petitioner, | ) |
| | ) |
| v. | )    CASE NO: 1:08-mc-00298 (CKK) |
| | ) |
| UNITED STATES, et al., | ) |
| | ) |
|       Respondents. | ) |

## PETITIONER'S MOTION FOR LEAVE

If court deadlines permit, Petitioner hereby moves this Court for leave to file a response to "United States' Response to Petitioner's Surreply" filed on July 11th, 2008.

Petitioner respectfully requests that this Court grant it leave to file a response because it will better clarify Petitioner's position. It would allow Petitioner to rebut new arguments made by Respondent.

Respectfully submitted,


____/s/ Elias Aoun___
ELIAS AOUN, ESQ.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on July 15th 2008 true and correct copies of the foregoing **Motion for Leave,** along with the attached **Proposed Order,** were sent via the Court's ECF service protocol to the following:

BENJAMIN J. WEIR, ESQUIRE
Trial Attorney, Tax Division
U.S. Dept. of Justice
P. O. Box 227
Ben Franklin Station
Washington, DC 20044

and sent via U.S. Mail to:

Chase Bank NA
One Chase Manhattan Plaza
26th Floor
New York, NY 10005-1489

Huntington Banks
230 W. Pike St.
Clarksburg, WV 26301

WesBanco
1130 Johnson Ave.
Bridgeport, WV 26330

Shopbop.com
101 E. Badger Rd.
Madison, WI 53713

QVC
1200 Wilson Dr.
West Chester, PA 19380.

_/s/Elias Aoun__
ELIAS AOUN

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIE K. MCCAMMON, | ) |
| | ) |
|       Petitioner, | ) |
| | ) |
|   v. | )   CASE NO: 1:08-mc-00298 (CKK) |
| | ) |
| UNITED STATES, et al., | ) |
| | ) |
|       Respondents. | ) |

## ORDER GRANTING PETITIONER'S REQUEST

Petitioner's request to file a response to "United States' Response to Petitioner's Surreply" is hereby GRANTED.

It is so ordered.

DATED this _____ day of _____, 2008.

_____
UNITED STATES MAGISTRATE JUDGE