UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JULIE K. MCCAMMON,

    Petitioner,

    v.

UNITED STATES OF AMERICA, *et al.*,

    Respondents.

Misc. Action No. 08-298 (CKK)

**ORDER**
(August 4, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 4th day of August, 2008, hereby

**ORDERED** that the United States' [6] Motion to Dismiss Petitioner's Petition to Quash is GRANTED; it is further

**ORDERED** that the instant case is DISMISSED in its entirety.

**SO ORDERED**.

*This is a final, appealable Order.*

                                                  /s/
                                       COLLEEN KOLLAR-KOTELLY
                                       United States District Judge