## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIE K. MCCAMMON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES, et al., )<br>)<br>Respondents. )<br>_____) | CASE NO: 1:08-mc-00298 (CKK) |

**Notice of Motion and Motion to Consolidate two Cases**

COMES NOW Julie K. McCammon, Petitioner in the above matter, to request a routine consolidation with case number 1:08-mc-00340 and to provide formal Notice to all interested parties.

Both these cases share the same facts and law, and differ only in the name of Respondents. The purpose of the consolidation is to facilitate the appeal of the U.S. District Court's same and exact decisions in both of these cases, to facilitate the future work of the U.S. Court of Appeals, and to facilitate the filings for both Petitioner and Respondents.

Respectfully submitted,

_____/s/ Elias Aoun_____                Date: August 28, 2008
Elias Aoun, Esq. Bar Number 479315
1730 N. Lynn St., # A-22
Arlington, VA 22209-2004
Cell Phone 202-257-7796

## CERTIFICATE OF SERVICE

I, Elias Aoun, certify that on or about August 28, 2008, true and correct copies of the foregoing were sent via the Court's ECF service protocol to the following:

>BENJAMIN J. WEIR, ESQUIRE
>Trial Attorney, Tax Division
>U.S. Dept. of Justice
>P. O. Box 227
>Ben Franklin Station
>Washington, DC 20044

and via the U.S. Mail to the following:

>Chase Bank NA
>One Chase Manhattan Plaza
>26th Floor
>New York, NY 10005-1489
>
>Huntington Banks
>230 W. Pike St.
>Clarksburg, WV 26301
>
>WesBanco
>1130 Johnson Ave.
>Bridgeport, WV 26330
>
>Shopbop.com
>101 E. Badger Rd.
>Madison, WI 53713
>
>QVC
>1200 Wilson Dr.
>West Chester, PA 19380.

>__/s/ Elias Aoun__
>ELIAS AOUN